VANITA GUPTA, Principal Deputy Assistant Attorney General for Civil Rights
STEVEN H. ROSENBAUM, Chief
R. TAMAR HAGLER, Deputy Chief
AURORA BRYANT, Trial Attorney
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 616-2602
Fax: (202) 514-1116
Aurora.Bryant@usdoj.gov

DANIEL G. BOGDEN, United States Attorney
HOLLY A. VANCE, Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada
Tel: (775) 784-5438
Fax: (775) 784-5181

Attorneys for Plaintiff United States of America

```
                    FILED         RECEIVED
                    ENTERED       SERVED ON
                              COUNSEL/PARTIES OF RECORD

                       DEC - 4 2015

                   CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
              BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:15-CV-359 |
| Plaintiff, | |
| v. | **JOINT CASE MANAGEMENT REPORT** |
| BETTY BRINSON and HUGHSTON BRINSON, | <u>Conference:</u><br>Date: December 4, 2015<br>Time: 9:00 a.m.<br>Room: Courtroom 1 |
| Defendants. | *Telephonic Appearance Requested* |

1

## SUBMITTED IN COMPLIANCE WITH LR 26-1(e)

Plaintiff, United States of America ("United States"), and Defendants, Betty Brinson and Hughston Brinson, by and through their undersigned counsel, hereby jointly submit the following Proposed Joint Case Management Report, pursuant to this Court's November 2, 2015 Minute Order, R. Doc. 14:

1. <u>Statement of the Case.</u> The United States alleges that Defendants, Betty Brinson and Hughston Brinson, violated the Fair Housing Act by placing a series of written advertisements in the *Nevada Appeal* that indicated a preference against renting to families with children, and denying a family with children who responded to one of the advertisements the opportunity to rent a single-family home on the basis of their familial status, in violation of the Fair Housing Act, 42 U.S.C. § 3604(a) and (c). The United States alleges that these actions amount to a pattern or practice of discrimination in violation of 42 U.S.C. § 3614.

The United States alleges that since at least March 2013, Ms. Brinson has repeatedly placed or caused to be placed advertisements in the print and online classifieds section indicating a preference against renting to families with children. Those advertisements include, in relevant part: "3 BD. 1 or 2 adults," which was placed three times; "3 or 5 BD. 2 people pref.;" and at least three advertisements for "Studios" for "1 or 2 adults." The United States further alleges that when Barbie Tese called Ms. Brinson in response to the "3 or 5 BD. 2 people pref." advertisement, Ms. Brinson denied her the opportunity to view the dwelling because she had children.

Defendants admit that Ms. Brinson orally communicated with a representative of the *Nevada Appeal* newspaper regarding placing advertisements for dwelling units, but deny that she told that representative to place any advertisement for "1 or 2 adults." Defendants further

2

admit that Ms. Brinson spoke with Ms. Tese about one of the properties advertised, but denies that she refused to show the dwelling unit to her on the basis of her familial status.

2. Principal Factual and Legal Disputes. The primary disputes in this matter are factual. There are factual disputes as to the substance of Ms. Brinson's communications with representatives of the *Nevada Appeal* newspaper relating to advertisements for rental units. There is also a factual dispute as to the substance of Ms. Tese's phone call to Ms. Brinson.

3. Jurisdictional Bases for the Case. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1345, and 42 U.S.C. §§ 3612(o) and 3614(a).

4. Description of parties who have not been served. All parties have been served.

5. Additional parties. No party expects to add additional parties to the case or otherwise amend the pleadings.

6. Contemplated motions. No motions are contemplated by the parties at this time. The parties have agreed on the terms of a stipulated protective order and counsel for the United States plans to file it with the Court prior to the date of the Case Management Conference.

7. Pending motions. No motions are pending at this time.

8. Related cases. There are no related cases pending before other courts or judges.

9. Discovery supplementation. The parties expect to conduct discovery pursuant to, and within the scope of the Federal Rules of Civil Procedure and the Local Rules of this Court. No further supplementation is required. The parties expect to conduct written discovery and conduct party and third-party depositions.

10. ESI. The parties are currently negotiating an ESI stipulation, and expect to file it with the Court once agreement is reached.

3

11. <u>Privilege or Work Product</u>. The parties do not anticipate issues related to claims of privilege or work product, but if such issues arise, will attempt to resolve them prior to requesting the Court's intervention.

12. <u>Discovery Plan</u>. Pursuant to FRCP 26(f) and Local Rule 26-1(a)(1), a telephonic meeting was held on October 28, 2015, attended by Aurora Bryant, Esq., for the United States, attorney for Plaintiff, and J. Robert Smith, Esq. of Holland & Hart, LLP, attorneys for Defendants. Pursuant to Local Rule 26-1, it is hereby stipulated that the following schedule govern the litigation of these actions. The schedule below is calculated under Local Rule 26-1(e) from October 8, 2015, the date Defendants filed their Answer, R. Doc. 12.

    a. Completion of discovery: April 5, 2016.

    b. Filing motion to amend or join parties: January 6, 2016.

    c. Interim status report: February 5, 2016.

    d. Expert disclosure deadline: February 5, 2016.

    e. Rebuttal expert disclosure deadline: 30 days after disclosure of expert, or March 6, 2015, whichever is earlier.

    f. Filing dispositive motions: May 5, 2016.

    g. Filing pretrial order: June 3, 2016, or within 30 days of the date of issuance of an order ruling upon any dispositive motion, whichever is later.

13. <u>Jury trial.</u> A jury trial was requested. The request is not contested.

14. <u>Length of trial.</u> The parties anticipate trial to last three (3) days.

15. <u>Settlement.</u> The parties have discussed settlement and are willing to continue discussions, but no settlement terms have been agreed upon at this time.

4

16. <u>Other items.</u> Defendants' counsel, J. Robert Smith, is scheduled to take a three-month sabbatical from June 1, 2016 through August, 31, 2016. The parties have agreed that the trial of this matter should not be scheduled until after November 1, 2016.

DATED this 24th day of November, 2015.    DATED this 23rd day of November, 2015.

VANITA GUPTA
Principal Deputy Assistant Attorney General
Civil Rights Division

By: _____
J. Robert Smith (NSB #10992)
Megan M. Fogarty (NSB #8584)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
Tel: (775) 327-3000
jrsmith@hollandhart.com
mfogarty@hollandhart.com

_____
STEVEN H. ROSENBAUM
Chief
R. TAMAR HAGLER
Deputy Chief
AURORA BRYANT
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW – NWB
Washington, DC 20530
Tel: (202) 305-4013
Fax: (202) 514-1116
aurora.bryant@usdoj.gov

Attorneys for Defendants
Hughston Brinson and Betty Brinson

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: December 4, 2015

DANIEL G. BOGDEN
United States Attorney
HOLLY A. VANCE
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada
Tel: (775) 784-5438
Fax: (775) 784-5181

Attorneys for Plaintiff
United States of America

5