VANITA GUPTA, Principal Deputy Assistant Attorney General for Civil Rights
SAMEENA SHINA MAJEED, Acting Chief
R. TAMAR HAGLER, Deputy Chief
AURORA BRYANT, Trial Attorney
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530
Tel: (202) 616-2602
Fax: (202) 514-1116
Aurora.Bryant@usdoj.gov

DANIEL G. BOGDEN, United States Attorney
HOLLY A. VANCE, Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada
Tel: (775) 784-5438
Fax: (775) 784-5181

Attorneys for Plaintiff United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:15-CV-359 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BETTY BRINSON and HUGHSTON BRINSON, | ) | **STIPULATION TO EXTEND CERTAIN DEADLINES** |
| | ) | |
| Defendants. | ) | |
| | ) | |

1

Plaintiff, United States of America ("United States"), and Defendants, Betty Brinson and Hughston Brinson, by and through their undersigned counsel, hereby jointly stipulate to extend certain deadlines in the case, and request this Court enter an order amending the schedule of this case, ECF No. 19, as set forth herein.

Plaintiff and Defendants have been engaged in factual investigation and discovery, and have held settlement discussions but have not yet reached settlement.  On February 5, 2016, the United States propounded interrogatories and requests for production, responses to which are currently overdue.  The stated reason for the delinquent responses is referenced in Defendants' counsel's motion to withdraw and accompanying declaration in support.  ECF Nos. 24-25. Defendants' counsel anticipates responding to the United States' discovery within one week of today's date, but due to the difficulties involved in obtaining discovery in this case, the parties submit that an extension of deadlines would benefit both parties. The parties do not anticipate requesting any further continuances.

Therefore, the parties stipulate to continue certain deadlines by sixty (60) days each, as follows:

1. Completion of discovery: June 6, 2016
2. Filing dispositive motions: July 5, 2016
3. Filing pretrial order: August 2, 2016

DATED this 29th day of March, 2016.

VANITA GUPTA
Principal Deputy Assistant Attorney General
Civil Rights Division

Sameena Shina Majeed
Acting Chief
R. TAMAR HAGLER
Deputy Chief
AURORA BRYANT
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW – NWB
Washington, DC 20530
Tel: (202) 305-4013
Fax: (202) 514-1116
aurora.bryant@usdoj.gov

DANIEL G. BOGDEN
United States Attorney
HOLLY A. VANCE
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada
Tel: (775) 784-5438
Fax: (775) 784-5181

Attorneys for Plaintiff
United States of America

By: _____
J. Robert Smith (NSB #10992)
Megan M. Fogarty (NSB #8584)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV  89511
Tel: (775) 327-3000
jrsmith@hollandhart.com
mfogarty@hollandhart.com

Attorneys for Defendants
Hughston Brinson and Betty Brinson

## ORDER

Based on the parties' foregoing Stipulation, with good cause appearing therefor, the deadlines set forth in this Court's Order setting the schedule in this case appearing in ECF No. 19 shall be reset as stated herein.

**IT IS SO ORDERED** this _____ day of _____, 2016.

_____
Valerie P. Cooke
United States Magistrate Judge