# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:15-CV-00359-HDM-VPC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | |
| BETTY BRINSON and HUGHSTON ) | **MOTION TO ADMIT GOVERNMENT** |
| BRINSON, ) | **ATTORNEY CHRISTOPHER BELEN** |
| ) | |
| Defendants. ) | |
| _____) | |

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-10-3, for the admission of Christopher Belen to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of his employment by the United States as an attorney. It is anticipated that Mr. Belen will enter an appearance in this action on behalf of the government.

Christopher Belen has been a licensed attorney since 2009. Mr. Belen is a member in good standing of the Bar of Virginia. Mr. Belen has been an attorney employed by the United States Department of Justice, Civil Rights Division, Housing and Civil Enforcement Section since March 2016, and his office is located in Washington, D.C. Mr. Belen has never been subject to disciplinary action by any bar.

LR-IA-10-3 provides that "[u]nless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this District or one of the assistants, be permitted to practice before this Court during the period of such employment."

It is respectfully requested that an Order be issued permitting Christopher Belen to practice before this Court during the period of his employment by the United States as an attorney. It is anticipated that Mr. Belen will enter an appearance in this action on behalf of the government.

Dated: April 19, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Holly A. Vance
HOLLY A. VANCE
Assistant United States Attorney

**IT IS SO ORDERED:**

DATED: April 20, 2016

UNITED STATES DISTRICT JUDGE