```
         ___/___ FILED           _____ RECEIVED
         _____ ENTERED         _____ SERVED ON
                       COUNSEL/PARTIES OF RECORD

                    MAY 0 5 2016

                CLERK US DISTRICT COURT
                  DISTRICT OF NEVADA
         BY: _____ DEPUTY
```

# IN THE US DISTRICT COURT OF THE STATE OF NEVADA
## IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| United States of America ) | Civil File Number: 16003504 |
| PLAINTIFF ) | CASE No.: 315CV359 |
| Vs ) | |
| Betty Brinson, et al. ) | |
| DEFENDANT ) | **AFFIDAVIT OF SERVICE** |

STATE OF NEVADA     }
                    } ss:
COUNTY OF WASHOE    }

     **Liz Stuchell**, being first duly sworn, deposes and says: That affiant is a citizen of the United States, over 18 years of age, not a party to the within entered action, and that in the County of Washoe, State of Nevada, personally served the described documents upon:

| | |
|---|---|
| **Person served:** | Jade Brinson |
| **Location:** | WCSO 911 Parr Boulevard Reno, NV 89512 |
| **Date:** | 4/25/2016     **Time:**  7:53 AM |

The document(s) served were: **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, FEDERAL RULE OF CIVIL PROCEDURE 45 (c), (d), (e), and (g) (Effective 12/1/13), INSTRUCTIONS**

United States District Court for the District of Nevada
400 S Virginia St
Reno, NV 89501

CHUCK ALLEN, SHERIFF

By: _____
Sheriff's Authorized Agent

SUBSCRIBED AND SWORN to me before me this

__26__ day of __April__ 20__16__.

_____
NOTARY PUBLIC in and for said State of Nevada,
County of Washoe

```
NANCY A. MASON
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 07-25-18
Certificate No: 06-107477-2
```

**911 PARR BOULEVARD     RENO, NV   89512-1000    (775) 328-3310**

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:15-cv-359 |
| Betty Brinson, et al. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Jade Brinson
4886 Treetop Rd., Sparks NV 89436

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: Aurora Bryant, US Dept of Justice: FedEx or email only<br>FedEx: 1800 G St NW, Ste 7002, Washington DC 20006<br>Email: aurora.bryant@usdoj.gov | Date and Time:<br>05/06/2016 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/20/2016

*CLERK OF COURT*

OR

_____           /s/ Aurora Bryant
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __United States__
_____, who issues or requests this subpoena, are:
Aurora Bryant, US Dept of Justice, 1800 G St. NW, Ste 7002, Washington DC 20006, aurora.bryant@usdoj.gov

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:15-cv-359

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                                                 *Server's signature*

                                                _____
                                                                 *Printed name and title*

                                                _____
                                                                 *Server's address*

Additional information regarding attempted service, etc.: