UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
Reno, Nevada

UNITED STATES OF AMERICA,          3:-cv-00359-HDM-VPC

           Plaintiff,          MINUTE ORDER

    vs.          February 22, 2017

BETTY BRINSON AND HUGHSTON
BRINSON,

           Defendants.

_____/


PRESENT:
THE HONORABLE HOWARD D. MCKIBBEN, Senior U.S. District Judge

DEPUTY CLERK:_____   REPORTER: __NONE APPEARING__

COUNSEL FOR PLAINTIFF(S): _____NONE APPEARING_____

COUNSEL FOR DEFENDANT(S): _____NONE APPEARING_____

MINUTE ORDER IN CHAMBERS:

      The defendants' request to appear in person at the telephonic hearing set for March 1, 2017, at 10 a.m. (ECF No. 44) is approved.  The plaintiff may continue to appear telephonically.


      It is so ordered.

           LANCE S. WILSON, CLERK


           By: _____/s/_____
                Deputy Clerk